**Helen M. MAJOR, Appellant,**

v.

**JIM QUINLAN AMOCO SERVICE,
Respondent.**

**No. WD 44971.**

Missouri Court of Appeals,
Western District.

May 12, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
June 30, 1992.

Application to Transfer Denied
Sept. 22, 1992.

Appeal from the Circuit Court of Jackson County; William W. Ely, Judge.

David Michael Lurie, Kansas City, for appellant.

Sylvester Powell, Jr., Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and LOWENSTEIN and HANNA, JJ.

## ORDER

PER CURIAM:

Appeal from directed verdict in favor of defendant, Jim Quinlan Amoco Service. Rule 84.16(b).

Judgment affirmed.